## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., )<br><br>Plaintiff, )<br><br>v. )<br><br>ALKEM LABORATORIES LIMITED, et al., )<br><br>Defendants. )<br> ) | Civil Action No.: 1:15-cv-08305-JBS-KMW<br>Civil Action No.: 1:16-cv-06067-JBS-KMW |

## <u>STIPULATED CONSENT JUDGMENT AND INJUNCTION</u>

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Otsuka Pharmaceutical Co. Ltd. and Defendants Alkem Laboratories Limited and Ascend Laboratories, LLC, through their undersigned counsel of record, that:

1.    Plaintiff has asserted claims of infringement of U.S. Patent No. 8,017,615 ("the '615 patent"), U.S. Patent No. 8,580,796 ("the '796 patent"), U.S. Patent No. 8,642,760 ("the '760 patent") and U.S. Patent No. 9,359,302 ("the '302 patent") (collectively, the "Otsuka Patents") against Alkem in the present actions.

2.    Plaintiff has alleged that the Otsuka Patents would be infringed by any manufacture, sale, offer for sale, use or importation in the United States of the generic product that is the subject of Defendants' Abbreviated New Drug Application ("ANDA") No. 207105.

3.    Defendants and anyone acting on the behalf of any of Defendants, except as expressly licensed by Plaintiff, will be enjoined until expiration of the Otsuka Patents from (i) making, using, offering to sell, selling or importing any aripiprazole tablet product pursuant to Alkem's ANDA No. 207105 in the United States; (ii) participating in the profits from making,

using, offering to sell, selling or importing any aripiprazole tablet product pursuant to Alkem's ANDA No. 207105 in the United States; and (iii) indemnifying others with respect to any making, using, offering to sell, selling or importing any aripiprazole tablet product in the United States.

    4.    Each party will bear its own attorneys' fees and costs.

    5.    This Court will retain jurisdiction to enforce this Consent Judgment and Injunction and the parties' related agreements resolving this matter.

Date August 17, 2017             Respectfully submitted,

| | |
|---|---|
| s/ Melissa A. Chuderewicz | s/ Stamatios Stamoulis |
| Melissa A. Chuderewicz | Stamatios Stamoulis #01790-1999 |
| **PEPPER HAMILTON LLP** | STAMOULIS & WEINBLATT LLC |
| *(A Pennsylvania Limited Liability Partnership)* | Two Fox Point Centre |
| Suite 400 | 6 Denny Road, Suite 307 |
| 301 Carnegie Center | Wilmington, DE 19809 |
| Princeton, New Jersey 08543-5276 | (302) 999-1540 |
| (609) 452-4808 | stamoulis@swdelaw.com |
| chuderem@pepperlaw.com | |
| | Of counsel: |
| Of counsel: | Shashank Upadhye |
| James B. Monroe | Joseph E. Cwik |
| Paul W. Browning | Erin R. Conway |
| Eric J. Fues | Adam D. Sussman, Ph.D. |
| Denise Main | AMIN TALATI & UPADHYE LLP |
| FINNEGAN, HENDERSON, | 100 S. Wacker Dr., Suite 2000 |
| FARABOW, GARRETT & DUNNER, LLP | Chicago, IL 60606 |
| 901 New York Avenue, N.W. | (312) 466-1033 |
| Washington, DC 20001-4413 | shashank@amintalati.com |
| (202) 408-4000 | joe@amintalati.com |
| | erin@amintalati.com |
| | adam@amintalati.com |
| *Attorneys for Plaintiff and* | |
| *Counterclaim-Defendant* | *Attorneys for Defendants and* |
| *Otsuka Pharmaceutical Co., Ltd.* | *Counterclaim-Plaintiffs Alkem* |
| | *Laboratories Limited and Ascend* |
| | *Laboratories, LLC* |

**ORDER**

**SO ORDERED**:

This ___22ʳᵈ___ day of ___august___, 2017

JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE

3